AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| HECTOR LOYOLA, and LINDA LOYOLA,<br><br>*Plaintiff(s)*<br>v.<br>AMERICAN CREDIT ACCEPTANCE, LLC, PAR, INC., and JILLIAN RAE LEE-BARKER dba COEUR D'ALENE VALLEY RECOVERY SERVICES,<br><br>*Defendant(s)* | Civil Action No. 2:19-cv-00002-SMJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  1. American Credit Acceptance, LLC, 961 E. Main St., Spartanburg, SC 29302

2. Par, Inc., 13085 Hamilton Crossing Blvd., Carmel, IN 46032

3. Jillian Rae Lee-Barker dba Coeur D'Alene Valley Recovery Services, 1125 W. Buckles Ave., Hayden, ID 83835

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander Trueblood, Trueblood Law Firm, 1700 Seventh Ave, Suite 2100
Seattle, Washington 98101-1360; Telephone:  (310) 443-4139

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Jan 02, 2019, 1:20 pm

*Signature of Clerk or Deputy Clerk*