1  AARON D. DUNHAM (WSBA No. 46405)
2  WOLFF, HISLOP & CROCKETT, PLLC
3  12209 E. Mission Ave., Suite 5
   Spokane Valley, WA 99206
4  Telephone (509) 927-9700
5  Fax (509) 777-1800

6

7  Attorney for Defendants
   AMERICAN CREDIT ACCEPTANCE, LLC,
8  PAR, INC., and JILLIAN RAE LEE-BARKER
9  dba COEUR D'ALENE VALLEY RECOVERY SERVICES

10

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF WASHINGTON

14

15                         SPOKANE DIVISION

16
   HECTOR LOYOLA and LINDA        ⎫  Case No.: 2:19 CV-2
17 LOYOLA,                        ⎬
                                  ⎬
18                    Plaintiffs, ⎬  [PROPOSED] ORDER
                                  ⎬  GRANTING DEFENDANTS'
19      v.                        ⎬  MOTION TO:
                                  ⎬  (1) COMPEL ARBITRATION
20 AMERICAN CREDIT ACCEPTANCE,    ⎬  AND
21 LLC, PAR, INC., and JILLIAN RAE LEE- ⎬ (2) DISMISS ALL CLAIMS
22 BARKER dba COEUR D'ALENE       ⎬
   VALLEY RECOVERY SERVICES,      ⎬
23                                ⎬
24                    Defendants. ⎬
25                                ⎬
26                                ⎬

27

28                         **INTRODUCTION**

29
       This matter came before the Court on Defendants' Motion to: (1) Compel
30
31 Arbitration and (2) Dismiss All Claims. Defendants argue that the claims in the
32

Defs' Mot. to (1) Compel Arb. and (2) Dismiss All Claims, Attachment 1:
[Proposed] Order Granting Defs' Mot. to (1) Compel Arb. and (2) Dismiss All Claims
pg. 15

1
2
3

Plaintiffs' Complaint are subject to an arbitration provision in the Retail Purchase

Agreement.

### FINDINGS AND LEGAL CONCLUSIONS

Based on the evidence and written argument, the Court is satisfied that

Defendant American Credit Acceptance, LLC is the assignee of the arbitration

provision and is entitled to enforce it. And the Court is satisfied that the remaining

Defendants (PAR, Inc. and Jillian Rae Lee-Barker dba Coeur D'Alene Valley

Recovery Services) are entitled to enforce the arbitration agreement under the law

of agency and estoppel.

If there were questions about the enforceability of the arbitration provision,

those questions must be submitted to the arbitrator. *See Henry Schein, Inc. v.*

*Archer & White Sales, Inc.,* 139 S. Ct. 524, 528 (2019).

### CONCLUSION AND ORDER

Having considered the relevant pleadings, declarations, and exhibits, and the

remainder of the record, the Court hereby ORDERS:

1.  All of Plaintiffs' claims are hereby dismissed with prejudice.

2.  If Plaintiffs wish to pursue the claims that are dismissed, they are

    compelled to pursue those claims in arbitration, under the provisions

    in the Retail Purchase Agreement, rather than in Court.

Defs' Mot. to (1) Compel Arb. and (2) Dismiss All Claims, Attachment 1:
[Proposed] Order Granting Defs' Mot. to (1) Compel Arb. and (2) Dismiss All Claims
pg. 16

DATED this ____ day of February, 2019.

_____

HON. SALVADOR MENDOZA, JR.

UNITED STATES DISTRICT JUDGE

Presented by:

WOLFF, HISLOP & CROCKETT, PLLC

By*: /s Aaron D. Dunham*

Aaron D. Dunham, WSBA No. 46405

Attorney for Defendants
American Credit Acceptance, LLC,
PAR, Inc., and
Jillian Rae Lee-Barker dba Coeur d'Alene Valley
Recovery Services

Defs' Mot. to (1) Compel Arb. and (2) Dismiss All Claims, Attachment 1:
[Proposed] Order Granting Defs' Mot. to (1) Compel Arb. and (2) Dismiss All Claims
pg. 17

CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.  The NEF for the foregoing specifically identifies recipients of electronic notice:

FOR PLAINTIFFS

Alexander B. Trueblood
Trueblood Law Firm
1700 Seventh Ave., Suite 2100
Seattle, WA 98101-1360
Telephone:  (206) 707-9685
Fax:  (206) 832-4676
Email:  alec@hush.com

Signed and dated at Spokane Valley, Washington this 15th day of February, 2019.

WOLFF, HISLOP & CROCKETT, PLLC

By*:    /s Aaron D. Dunham*
Aaron D. Dunham, WSBA No. 46405
12209 E. Mission Ave., Suite 5
Spokane Valley, WA 99206
Telephone:  (509) 927-9700
Fax:  (509) 777-1800
Email: adunham@whc-attorneys.com

Defs' Mot. to (1) Compel Arb. and (2) Dismiss All Claims, Attachment 1:
[Proposed] Order Granting Defs' Mot. to (1) Compel Arb. and (2) Dismiss All Claims
pg. 18