AARON D. DUNHAM (WSBA No. 46405)
WOLFF, HISLOP & CROCKETT, PLLC
12209 E. Mission Ave., Suite 5
Spokane Valley, WA 99206
Telephone (509) 927-9700
Fax (509) 777-1800

Attorneys for Defendants
AMERICAN CREDIT ACCEPTANCE, LLC,
PAR, INC., and JILLIAN RAE LEE-BARKER
dba COEUR D'ALENE VALLEY RECOVERY SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

SPOKANE DIVISION

| | |
|---|---|
| HECTOR LOYOLA and LINDA LOYOLA,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>AMERICAN CREDIT ACCEPTANCE, LLC, PAR, INC., and JILLIAN RAE LEE-BARKER dba COEUR D'ALENE VALLEY RECOVERY SERVICES,<br><br>　　　　　　　Defendants. | Case No.: 2:19 CV-2<br><br>DECLARATION OF AARON D. DUNHAM |

The undersigned, **AARON D. DUNHAM,** declares as follows:

1. I am over the age of 18, competent to testify about the matters stated below, and have personal knowledge of them.

Dunham Decl.
pg. 1

2. I am an attorney at Wolff, Hislop & Crockett, PLLC, and counsel of record for all the Defendants in this case, including American Credit Acceptance, LLC, PAR, Inc., and Jillian Rae Lee-Barker dba Coeur D'Alene Valley Recovery Services.

3. On February 5, 2019, the Defendants invoked the arbitration provision in paragraph 20 of the Retail Purchase Agreement as to all claims in the Complaint. This was done by sending a letter to the Loyolas' counsel.

4. After invoking arbitration, I spoke with their counsel over the phone. In that call, he acknowledged receiving the letter and said the Loyolas would not agree to arbitrate.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed on February 15, 2019 at Spokane Valley, Washington.

                    */s Aaron D. Dunham*
                    **AARON D. DUNHAM, WSBA #46405**

CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice:

FOR PLAINTIFFS

Alexander B. Trueblood
Trueblood Law Firm
1700 Seventh Ave., Suite 2100
Seattle, WA 98101-1360
Telephone: (206) 707-9685
Fax: (206) 832-4676
Email: alec@hush.com


Signed and dated at Spokane Valley, Washington this 15th day of February, 2019.

WOLFF, HISLOP & CROCKETT, PLLC

By: */s Aaron D. Dunham*
Aaron D. Dunham, WSBA No. 46405
12209 E. Mission Ave., Suite 5
Spokane Valley, WA 99206
Telephone: (509) 927-9700
Fax: (509) 777-1800
Email: adunham@whc-attorneys.com