# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2019

SEAN F. McAVOY, CLERK

HECTOR LOYOLA and LINDA LOYOLA,

*Plaintiff*

v.

AMERICAN CREDIT ACCEPTANCE LLC; PAR INC.; and JILLIAN RAE LEE-BARKER, doing business as Coeur d'Alene Valley Recovery Services,

*Defendant*

Civil Action No. 2:19-cv-00002-SMJ

## JUDGMENT OF DISMISSAL

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion to: (1) Compel Arbitration and (2) Dismiss All Claims (ECF No. 6) is GRANTED. All claims are DISMISSED WITHOUT PREJUDICE and Plaintiffs are COMPELLED TO ARBITRATE those claims under the terms of the arbitration agreement, ECF No. 8-1 at 3, 5.
JUDGMENT of dismissal entered in this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  SALVADOR MENDOZA, JR.  .

Date: 04/15/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates